STATE v. McHONE

No. 148A91-2

Case below: Surry County Superior County

Upon consideration of defendant's petition for writ of certiorari to review the Superior Court orders dated 26 August and 9 December 1996 denying defendant's motion for appropriate relief, the petition is allowed 5 June 1997 for the limited purpose of reviewing the following issues: (1) defendant's right to a hearing on his motion for appro-

priate relief pursuant to N.C.G.S. § 15A-1420(c); and (2) defendant's right, if any, to discovery pursuant to N.C.G.S. § 15A-1415(f).